**Opinion issued February 19, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-26-00073-CV**

———————————

**IN RE D.B., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

On January 20, 2026, relator D.B. filed a petition for writ of mandamus challenging a contempt order issued in the underlying case.[1] On January 30, 2026, our Court issued an order striking the mandamus petition and the appendix relator subsequently filed on January 26, 2026 for including sensitive information

---

[1] The underlying case is *In the Interest of S.C., a Child*, cause number 2025-02322J, pending in the 313th District Court of Harris County, Texas, the Honorable Natalia Cokinos Oakes presiding.

prohibited under Texas Rule of Appellate Procedure 9.9. *See* TEX. R. APP. P. 9.9(a)-(c). Relator was informed that this original proceeding would be dismissed unless a corrected petition and appendix complying with Rule 9.9 were refiled within seven days.

On February 9, 2026, relator filed a letter with our Court entitled "Request to Withdraw Mandamus," in which she (1) informs the Court that she has not refiled her mandamus petition and appendix, and (2) requests that her mandamus petition be withdrawn. Construing relator's letter as a motion for voluntary dismissal of this original proceeding, we grant the motion and dismiss the original proceeding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.